IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CEPHALON, INC.,

    Movant,

v.

MCKESSON CO.,

    Nonmovant.

No. C 13-80282 WHA

**ORDER RE MOTION TO RELATE**

    Cephalon, Inc., moves to relate its motion to compel, which has not yet been assigned a case caption, with *Safeway Inc., et al. v. McKesson Corp.*, No. 13-80262. In *Safeway*, movants for the motion to compel were plaintiffs in *In re Provigil Antitrust Litigation*, No. 6-1797, an action pending in the United States District Court for the Eastern District of Pennsylvania. Cephalon is the defendant in *In re Provigil Antitrust Litigation* and is moving for substantially the same information requested in *Safeway*.

    Good cause shown, Cephalon's motion to relate is **GRANTED.**

    **IT IS SO ORDERED.**

Dated: December 12, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE